# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RANKINS, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 08-169 Erie |
| v. | ) |
| | ) |
| THE DISTRICT ATTORNEY OF THE COUNTY OF YORK, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on June 10, 2008.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on June 10, 2008, recommended that the matter be transferred to the Middle District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 1st day of July, 2008;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 1] be transferred to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on June 10, 2008, is adopted as the opinion of the Court.

```
                              s/   Sean J. McLaughlin
                                   United States District Judge
```

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge